**No. 55526.**—Associated Merchandising Corp. et al. *v.* United States, protests 163990–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55527.**—L. Bamberger & Co. et al. *v.* United States, protests 168909–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.